# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **JUAN TORRES,** : | |
| : | |
| Plaintiff, : | |
| : | Case No. 3:21-cv-1478 |
| v. : | |
| : | Judge James R. Knepp, II |
| **TEXAS ROADHOUSE MANAGEMENT** : | |
| **CORP.,** : | |
| : | |
| Defendant. : | |

## JOINT NOTICE OF SETTLEMENT

The Parties, Plaintiff, Juan Torres, and Defendant, Texas Roadhouse Management Corp., hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement. The parties are in the process of preparing and executing the settlement agreement, and plan to file a Joint Stipulation for Dismissal with Prejudice once the relevant settlement paperwork is executed. Accordingly, the parties respectfully request a stay of all deadlines until the Joint Stipulation for Dismissal with Prejudice is filed with the Court.

**Dated:** January 24, 2022                                      Respectfully submitted,

| | |
|---|---|
| /s/Rocco Screnci | /s/ Brooke E. Niedecken |
| Brian D. Spitz (#0068816) | Brooke E. Niedecken (#0079142) |
| Rocco Screnci (#0100333) | LITTLER MENDELSON, P.C. |
| SPITZ | 41 South High Street, Suite 3250 |
| 25825 Science Park Drive, Suite 200 | Columbus, OH 43215 |
| Beachwood, OH 44122 | Telephone: 614.463.4214 |
| Telephone: 216.291.4744 | Facsimile: 614.737.5339 |
| Facsimile: 216.291.5744 | E-mail: bniedecken@littler.com |
| E-mail: brian.spitz@spitzlawfirm.com | |
| rocco.screnci@spitzlawfirm.com | *Attorney for Defendant* |
| | |
| *Attorneys for Plaintiff* | |

4896-1973-4539.1 / 069343-1228