Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JUAN TORRES, | ) | CASE NO.: 3:21-CV- 01478 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP II |
| | ) | |
| v. | ) | |
| | ) | **STIPULATED NOTICE OF** |
| TEXAS ROADHOUSE MANAGEMENT | ) | **DISMISAL WITH PREJUDICE** |
| CORP., | ) | |
| | ) | |
| Defendant. | | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice to the Court and all parties that this matter has been dismissed, *with prejudice*. Parties to bear their own attorney's fees and costs. Court shall retain jurisdiction over the resolution of this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Rocco J. Screnci* | */s/ Brooke E. Niedecken* |
| Brian D. Spitz (0068816) | Brooke E. Niedecken (0079142) |
| Rocco J. Screnci (0100333) | Littler Mendelson, P.C. |
| Spitz, The Employee's Attorney | 41 South High Street, Suite 3250 |
| 25825 Science Park Drive, Suite 200 | Columbus, OH 43215 |
| Beachwood, OH 44122 | Phone: (614) 463-4214 |
| Phone: (216) 291-4744 | Fax: (614) 737-5339 |
| Fax: (216) 291-5744 | Email: bniedecken@littler.com |
| Email: brian.spitz@spitzlawfirm.com | *Attorney for Defendant* |
| rocco.screnci@spitzlawfirm.com | |

*Attorneys for Plaintiff*